Application is denied. Ruling complained of is correct.

232 So.2d 516

## Mrs. Betty Z. DAUZAT et al.

v.

## ALLSTATE INSURANCE COMPANY, Inc., et al.

No. 50402.

March 30, 1970.

In re: Allstate Insurance Company applying for certiorari or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 230 So.2d 768.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.